IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kent, Alan Jason | Case Number: 04 B 26015 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 7/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 26, 2009
Confirmed: September 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 23,795.70 | |
| Secured: | | 19,618.04 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 1,283.66 |
| Other Funds: | | 0.00 |
| Totals: | 23,795.70 | 23,795.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 2,894.00 | 2,894.00 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Midfirst Bank | Secured | 21,584.32 | 19,618.04 |
| 4. | Portfolio Recovery Associates | Unsecured | 1,163.88 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 250.22 | 0.00 |
| 6. | Capital One | Unsecured | 1,137.73 | 0.00 |
| 7. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 8. | City of Harvey | Unsecured | | No Claim Filed |
| 9. | City of Harvey | Unsecured | | No Claim Filed |
| 10. | City of Harvey | Unsecured | | No Claim Filed |
| 11. | Orchard Bank | Unsecured | | No Claim Filed |
| | | | $ 27,030.15 | $ 22,512.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 270.11 |
| 4% | 71.41 |
| 3% | 35.72 |
| 5.5% | 261.84 |
| 5% | 89.28 |
| 4.8% | 142.86 |
| 5.4% | 373.16 |
| 6.6% | 39.28 |
| | $ 1,283.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kent, Alan Jason | Case Number: 04 B 26015 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 7/13/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

                    */s/ Mach*